

FILED

DEC 23 2024

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>2nd CHANCE INVESTMENT GROUP, LLC,<br>　　　　　Debtor. | BAP No.  CC-24-1196<br><br>Bk. No. 8:24-bk-01105-SC |
| CLOTEE DOWNING,<br><br>　　　　　Appellant,<br><br>v.<br><br>2nd CHANCE INVESTMENT GROUP, LLC; DAVID M. GOODRICH, Former Chief Restructuring Officer and Liquidating Trustee for 2nd Chance Investment Group, LLC; RAYSHWAN ANDREW FOSTER; SONJA FOSTER,<br><br>　　　　　Appellees. | **CLERK'S ORDER EXTENDING DEADLINE TO RESPOND REGARDING CAPACITY AND AUTHORITY OF GEOFF TRAPP TO REPRESENT CLOTEE DOWNING** |

　　　On December 6, 2024, the BAP issued a Clerk's Order requiring Geoff Trapp to file a response explaining in what capacity he is representing Clotee Downing in this appeal and what authority authorizes him to prosecute this appeal on her behalf.

　　　On December 19, 2024, Trapp filed a motion seeking an extension of time to file a response and permission to file electronically.

The request for an extension is ORDERED GRANTED. Trapp must file a response with the BAP no later than **Wednesday, January 8, 2025**.

**No further extensions of time will be granted with respect to the filing of the response. Failure to file a timely response may result in dismissal of this appeal without further notice to the parties**.

Consideration of Trapp's request for permission to file electronically is deferred until after he establishes his capacity to represent Clotee Downing in this appeal.

FOR THE PANEL,

*Susan M. Spraul*

Susan M. Spraul, Clerk of Court